MARK & CHRISTINE MANSFIELD
[redacted]

March 9, 2026

Honorable Judge Cathy Seibel
United States District Judge
Southern District of New York

Dear Judge Seibel:

It is with heavy hearts that we are writing this letter. We are Carsen's parents and we first want to say how sincerely sorry we are to the victims and their families. This is not how we raised our son and with every ounce of our being do not believe that this defines who he honestly is as a person. We absolutely understand Carsen did what he did but believe he truly did not understand the ultimate consequences he would bring upon himself or the lasting impact this would have on his victims or their families. Carsen made the choice to accept the plea as he felt this was going to give him the best chance of getting his life back on track as opposed to putting his faith in his peers as his history has shown that he has faced the exact opposite.

As a young child Carsen suffered profuse bullying and heartache. After transferring from a private Catholic school to the public school system in fourth grade, he endured years of persistent bullying that continued through high school. This bullying was not isolated, it occurred in person, through text messages, and online. Despite our repeated efforts to intervene, including filing formal HIB reports that were substantiated, the behavior did not stop. In many ways it escalated. This had a lasting impact on his self-esteem, emotional development, and ability to cope. Unfortunately, he needed the special services the public school could provide him, or we would have moved him back to private school, it just was not an option.

Carsen received diagnoses of ADD, severe depression, and extreme anxiety disorder when he was in 4th grade. There were also concerns that he may have been experiencing bipolar symptoms, though this was never formally diagnosed. As parents, we felt helpless watching our son struggle, we lived in constant fear he might harm himself. Carsen was prescribed medication for his depression, anxiety and ADD but as you can imagine as a child and young teenager, he did not believe he needed the medication despite our urging him to continue to take it. He did not like the way it made him feel or look. He was unable to gain weight and was very skinny. We later learned, in his early teen years, he was often disposing of the medication or hiding it and not taking it. Ultimately, when he went away to college he decided to stop taking his medication cold turkey.

In addition to these challenges, Carsen experienced instability at home during formative years that deeply affected him. When Carsen was in 3rd grade we suddenly but necessarily separated as a couple. It was not a loving home situation for anyone, prior to and during our separation. Ashamedly, there was considerable arguing and shouting in his presence. Carsen was often placed in difficult situations, and while his father was living away out of necessity, family members told Carsen that he was now "the man of the house," placing an emotional burden on him far beyond his years. We were successful in putting our marriage and our family back together but believe it did not come without a lasting impact to Carsen feeling unloved and betrayed by the two people who were supposed to love him the most.

There were other losses as well, including a prolonged separation (about 5 years) from his uncle/godfather, a significant and trusted figure in his life, especially during our marital separation. When they were reunited years later, Carsen's overwhelming emotional response made clear how deeply that absence had affected him.

With all bullying and loss Carsen was feeling, we allowed him access to the internet via a DS gaming system at an early age, remembering around 8 or 9 years old. We always talked about the dos and don'ts but were not on top of what he was searching for or doing. We thought it was a good outlet for him to cope and connect, given all he was going through. We never expected that he would search for things he should not, we trusted him when we should have been more aware. As parents, we recognize that we could have done more, in particular, we regret not being more aware of his internet activity at an early age. We trusted him, but in hindsight, we see that greater supervision was needed.

Carsen rarely spoke about his feelings and often appeared emotionally withdrawn. We knew all of this deeply impacted him, but his immaturity, depression and anxiety kept him from talking to us. We took Carsen to several therapists during his childhood and teen years, but he found it difficult to open up in therapy and internalized much of what he was experiencing. Looking back, we recognize how much he was carrying alone.

Despite these challenges, he went on to find direction and purpose and attend Dominican University to major in Criminal Justice. He discovered a passion for EMT work and firefighting. Not only was he a full-time student, but he was also an athlete, the school mascot and began to volunteer at the Orangeburg Fire Department and the North Caldwell Fire Department. Carsen earned respect from his teammates, fellow firefighters, the sisters at the school, and his professors. Time and again, we were approached by others who spoke of his kindness, his willingness to help, and his positive presence. We found out that one of his biggest supporters was Sister Barbara (who has since retired). After graduating college, Carsen was selected as one of only two students to join the leadership graduate program. Carsen was thriving but due to his arrest Carsen was unable to complete his degree. He remains committed to seeing it through to completion one day.

During his time at Dominican Carsen met the love of his life, Justine. They have been dating for 4 years. Although this is not easy for anyone, Justine has been a constant in his life, showing him unconditional love, even when her family has turned their back. Carsen and Justine spend time talking every day and she visits with him when she can. They talk about their future together, getting married, having a family, traveling. We do not pretend, we know, the future is going to be different now but believe together they can conquer anything. The unwavering love they share for each other is special and a bond that will not be broken.

In early 2024 we decided to sell our home, Carsen's childhood home in the New York/New Jersey area, and move to North Carolina. We had always talked about doing this, but the time seemed right, so in August 2024 we finally made the move, leaving Carsen in New York to continue his education, work as a licensed EMT, and support his grandparents. In hindsight, we believe this placed an overwhelming burden on him. While he did not express it openly, we believe he felt abandoned and alone, responsible for far more than he was prepared to handle. We believe this period may have resurfaced many of the feelings he experienced as a child.

Since his arrest and incarceration, Carsen has talked to us about how deeply ashamed and sorry he is of his behavior and how he wants to lead by example, using his experience to help others. Carsen wants to "Be Somebody for Everybody." He does not want people to lose faith in themselves. He talks about supporting individuals reentering society after incarceration, helping with resumes, job searches, housing, and financial stability so they can rebuild their lives. He has also expressed a desire to speak to young people about the consequences of their actions, particularly around topics that are often not openly discussed, to help prevent others from making similar mistakes. His hope is to make a positive difference, even if it is in just one life.

Until his incarceration, Carsen was seeing a therapist weekly, without hesitation. He now realizes he needs to take control and be active in his own mental health treatment, he is no longer avoiding it and actively addressing it. He consistently takes his medication and takes responsibility in a way he never has before, even noticing the need for a change in prescription based on how he feels. For the first time, he is engaging in the process of understanding himself and his choices.

We respectfully ask that his actions be viewed in the context of his life, his struggles, and the person he can become. We believe that a sentence focused on rehabilitation, structure, and continued treatment would not only hold Carsen accountable, but also allow him the opportunity to become a productive and contributing member of society. He has the potential to do good. Someone once told us that just because someone makes a mistake, you do not throw them away like garbage! We hope you do not either. Carsen is a young man who made serious mistakes, but who is now confronting them with honesty, remorse, and a commitment to change. Carsen possesses significant potential for the future and has demonstrated growth through reflection. As he serves his time and matures, we know he will put together a plan to make a positive impact on the world.

Respectfully,

Mark & Christine Mansfield