your Honor,

My Name is Carsen Davis Mansfield and I am 24 years old. I am writing you today because I am on the oposite side of the law then I thought Id be on. From a young age Ive always had a "different" life, but Hey what is normal? My early years of boyhood ~~was~~ is where my problems begin In 3rd grade I received a blowjob from an older student in my school. Coincidentally it was around the same time my Mom and dad split up. with no one to turn to or ask, I went to the internet where I discovered pornography. It started off inocently as a curiosity and over time became a way for me to process my Emotions. Eventually I was the victim, Sending myself out to the world in order to feel like I had value, this coupled with constant bullying and harrasment continued for years; It was my outlet. Online I felt Valued and not like the victim. It makes sense in some twisted way. Over my years and years of life after and 2 failed Suicide attempts one thing stayed Consistent, my relationship to pornography. It was the one thing that gave me value, that I had controll over (in reality it had control over me). ~~Play~~ Eventually we arrived to where we are today.

While I did do extreemly bad things, I will not allow my wrong doings to define me. I have done many thing kids and adults alike only dream about. I played baseball, basketball and football all through HS, and even Played baseball through College; forever in history as a member of the 2021 CACC DII baseball Champions. I of course did this while attending Dominican College/University. My accademic Career wasn't my Strong Suit However I did graduate with a dagree in CJ and minor in Psych. I even graduated with a GPA high enough to secure an invite to go back for my Masters dagree in MOIC free of Cost. I also was provided the opportunity to work for PVNY wich I gladly accepted. While in college I was also a Fire Fighter and EMT. I volunteered for Orangeburgh Fire Rescue, North Caldwell FD, Orange lake Fire dept (DBFC #1) and Norwest EMS. Some titles or positions I held were EMT, Fire Fighter, and water Rescue technician. I also worked EMS for Ambulnz in their spec ops Unit.

Some of my Certifications include, FEMA Hazmat IC, IC, Mass IC, and blood born pathogens. These accomplishments I will allow to define me. I have delivered babies bringing life to the world, I have held many a hands of Pts in Sorrow So they wouldn't feel alone, I have even gotten the Chance to save people in Some of the most miraculous of Scenarios. I have pulled people and pets from fire, from Cars and even Some peculiar situations.

But I am not here to brag or make myself the good guy or anything like that. However a famer FBI Agent, Professor, Friend taught me. Every human is better than their worst Mistakes. I belive I owe it to Her, my self, my friends, family, Community and the world to prove her right. I will lean heavily into my Christian Faith, education, and programs the BoP and Others have to offer. I will do good time and work hard to be a fine upstanding Citizen worthy of Comunity. I will learn from my troubled past and hopefully father Children to live a better life then I. I will do all these things and pray that one day the world Can forgive me the same way our good lord has.

I Know I can be better than my worst mistake. Please let me be better than my worst misstake.

Sincerlye,

Carson Davis Mansfield