Federal Defenders
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 16, 2026

The Honorable Judge Cathy Seibel
United States District Judge
Southern District of New York
Charles L. Brieant Jr. United States Courthouse
300 Quarropas Street
White Plains, NY 10601

**RE: United States v. Carsen Mansfield**
**26 Cr. 16 001 (CS)**

Honorable Judge Seibel:

My name is Onaiza Sheikh, and I am a social work intern with the Federal Defenders of New York. I work collaboratively with Carsen Mansfield's legal team under the clinical supervision of Angel Bosques Jr., LCSW. Over the past several months, I have met with Carsen Mansfield regularly and conducted collateral interviews with his family. I work as part of a team that provides comprehensive support to clients navigating the federal legal system. The information here comes from my meetings with Mr. Mansfield, collateral interviews with his family, and relevant social science research to collaboratively develop a holistic plan that addresses his current challenges and future needs.

Through my conversations with Mr. Mansfield, a consistent picture began to emerge. This is one that cannot be understood through a single moment or a single decision, but rather through the accumulation of experiences that shaped how Mr. Mansfield came to see himself, others, and the world around him. What becomes clear over time is that Mr. Mansfield did not arrive at adulthood with a stable sense of belonging, safety, or self-worth. Instead, his development was marked by repeated experiences of isolation, humiliation, emotional suppression, and a growing belief that he was someone for whom care and protection were not guaranteed. These themes did not appear suddenly. They formed early, and they followed him forward.

## Early Life

From a young age, Mr. Mansfield's emotional world was largely internal. He was described by his mother as an even-tempered and quiet child who did not outwardly display excitement, anger, or distress in ways that were easily recognized. At home, Mr. Mansfield does not recall an environment where emotions were explored or processed in a supportive way. Instead, he remembered being "berated in front of family about grades" and questioned about "why he was the way he was." These are experiences that left him feeling exposed rather than understood. These moments did not teach Mr. Mansfield how to express emotion. They taught him how to contain it.

Mr. Mansfield spent large portions of his childhood alone. His parents frequently traveled for work, often leaving for multiple days at a time. During those periods, he remained at home with his maternal grandparents, who allowed him to spend extended time in his room without interruption or consistent oversight. It was during this time, while largely alone and unsupervised, that Mr. Mansfield began spending increasing amounts of time on the internet, which would later become an important part of how he coped with stress and isolation. Much of what Mr. Mansfield was experiencing internally went unseen. His confusion, distress, and attempts to cope with what was going on at home were largely overlooked. By 4th grade, he had already been diagnosed with Attention-Deficit/Hyperactivity Disorder (ADHD), anxiety, and depression, reflecting that his internal struggles were present early, even if they were not fully understood.

When Mr. Mansfield was nine years old, his parents' relationship was unstable and resulted in a two-year separation. His father became an inconsistent presence in Mr. Mansfield's life. Contact was limited, and there were no overnight visits. For Mr. Mansfield, the impact of this absence was not only felt in the moment, but in what followed. When his father returned home, eleven-year-old Mr. Mansfield began to perceive a difference in how his father showed up for his seven-year-old sister compared to how he had shown up for him. His father appeared more present and engaged with her, while his own relationship with him felt more distant. His mother similarly noted that his father withdrew attention after the separation, believing he had already given Mr. Mansfield "his time," and described their relationship as emotionally distant for years. That perception stayed with him and shaped how he understood his early relationship with his father. He did not experience that absence as a simple change in family structure. He experienced it as something personal. It left him with the feeling that he had missed something important, that a version of closeness had been available to others in his family in a way that it had not been available to him.

It was during this time that Mr. Mansfield discovered baseball, which became one of the only structured and meaningful connections he had with his father. His

father coached his travel team, and for Mr. Mansfield, this was more than an activity. It was a way to connect, to feel seen, and to have some sense of structure in a life that otherwise felt uncertain. Even at this early stage, Mr. Mansfield continued to struggle expressing his emotions. He was learning slowly and consistently that his emotions were something to manage alone. Research supports that children who grow up without consistent emotional validation often adapt by suppressing feelings as a form of protection rather than expression.[1] That pattern of internalizing distress became especially significant once Mr. Mansfield entered an environment where he was repeatedly targeted by his peers and had little ability to process or express what he was experiencing.

**Isolation and Identity**

Mr. Mansfield's childhood was also marked by profound isolation. From approximately 9 years old through high school, he did not have any meaningful friendships. He did not attend birthday parties or experience the type of peer connection that most children rely on to develop a sense of belonging. His own birthdays reflected this absence. He described them as feeling like "a chore," explaining, "It just felt like another day… no one paid attention regularly, why now?"

While other children celebrated surrounded by friends, Mr. Mansfield's experiences were limited to family dinners and quiet acknowledgment. Over time, he began to interpret this absence in a deeply personal way. Watching other children form friendships and celebrate milestones, he came to believe that the reason he did not have those experiences was because he did not deserve them. He described telling himself, "I don't deserve good things."

This belief did not stay confined to childhood social experiences. It became part of the way Mr. Mansfield understood himself more broadly. It shaped the meaning he gave to rejection, loneliness, and pain. Research shows that prolonged isolation during childhood can fundamentally alter self-perception, leading individuals to internalize rejection and develop persistent feelings of unworthiness.[2] For Mr. Mansfield, loneliness did not remain an experience, it became identity. Over time, Mr. Mansfield began to see himself as the kind of person who would be left out. Love, attention, and belonging felt like things that happened somewhere else, to someone else. This period of his life was consequential not only because it

[1] Gross, James J., and Oliver P. John. "Individual differences in two emotion regulation processes: Implications for affect, relationships, and well-being." *Journal of Personality and Social Psychology*, vol. 85, no. 2, 2003, pp. 348–362, https://doi.org/10.1037/0022-3514.85.2.348.

[2] Baumeister, Roy F., and Mark R. Leary. "The need to belong: Desire for interpersonal attachments as a fundamental human motivation." *Psychological Bulletin*, vol. 117, no. 3, May 1995, pp. 497–529, https://doi.org/10.1037/0033-2909.117.3.497.

hurt him in the moment, but because it changed the way he understood who he was.

**Bullying at School**

When Mr. Mansfield transferred into public school at the age of nine, his experience of the world shifted in a way that would follow him for years. What he encountered was not occasional teasing or isolated conflict. It was sustained, targeted humiliation that became part of his daily life. Mr. Mansfield was identified early as the "new weird kid," and what began as targeting him for being new escalated when peers learned that he had been involved in modeling and acting. This made him stand out in ways that drew increased attention and ridicule. He was called slurs such as "gay" and "queer" regularly, not as singular incidents but as a constant presence in his environment.

The bullying extended beyond words. At 10 years old, Mr. Mansfield described sitting in a bathroom stall when other boys threw a urine-soaked rag over the stall at him repeatedly. In another incident, feces wrapped in paper was thrown toward him while he was in a bathroom stall. These moments were not only degrading but deeply isolating for Mr. Mansfield. These were repeated experiences of humiliation that occurred in places where Mr. Mansfield should have felt safe, and at the age of 10, where he had neither the power nor the language to protect himself. What is most striking is how Mr. Mansfield responded. He did not leave to tell a teacher or ask for help. He stayed, hiding in the corner of the bathroom and crying for most of the day before eventually returning to class without saying anything. This became a pattern.

Outside of these incidents, the harassment continued in other forms. Mr. Mansfield's belongings were repeatedly stolen from his locker and gym bag. His clothes were taken while he was showering. Someone urinated in his baseball cleats. In high school, a peer pulled a knife on him in the locker room. Even in a situation that posed a clear risk to his safety, there was no meaningful intervention that altered the ongoing pattern of harassment. These experiences occurred daily over the course of years. His parents made multiple attempts to intervene, including filing numerous complaints and one formal Harassment, Intimidation, and Bullying (HIB) complaint, but from Mr. Mansfield's perspective, nothing meaningfully changed. If anything, speaking up seemed to make things worse. Over time, he stopped telling anyone what was happening.

For Mr. Mansfield, this repeated humiliation without protection did not simply pass, it shaped him in ways that lasted far beyond those moments. Research shows that chronic bullying is associated with long-term emotional consequences, including anxiety, depression, and difficulty regulating emotions well into

adulthood.[3] More importantly, it shapes how a child understands their place in the world. Mr. Mansfield learned that he was not safe and that even when adults were aware, the harm continued.

## Emotional Disconnection

As these experiences continued to accumulate, Mr. Mansfield did not outwardly express distress. Instead, he became increasingly disconnected from his emotional experience. He described feeling emotionally shutdown at times, stating that he was "on autopilot," as though he was moving through life without fully engaging in or understanding what he was feeling. Mr. Mansfield felt as though he was observing a life he had no control over rather than fully being present in it. This reflects emotional detachment, a known response to prolonged stress and repeated humiliation.[4]

At age 10 during art class, Mr. Mansfield made his first suicide attempt. When his teacher stepped out of the classroom, he carefully measured out a piece of clay, trying to shape it to what he believed would be the right size to become lodged in his throat, hoping it would get stuck in his esophagus and suffocate him. He described this as the result of trying to escape the relentless bullying he had no control over. He swallowed the clay and later became physically ill, experiencing nausea and vomiting, but the attempt did not have the intended effect. He returned to his classwork and did not tell anyone. No adult intervened, no one knew, and the pattern of silence that had been forming for years continued.

During his sophomore year of high school, he made a second suicide attempt. Mr. Mansfield shuffled through his parents' medicine drawer looking for orange containers, as he knew these were prescribed medications. He recalls grabbing two pills from each of the different orange bottles. Before taking these pills, he wrote a letter to his parents explaining that he did not want to live in this world anymore. He described feeling "at peace" and "finally in control of something" while writing it. Mr. Mansfield swallowed approximately twelve different pills and went to sleep believing he would not wake up. When he woke up later that day, he did not feel relief. He felt anger that it had not worked. No one noticed. No one intervened. He carried that experience silently and returned to "autopilot."

The only shift in this trajectory came when Mr. Mansfield began to experience connection. During his junior and senior years of high school, he formed

---

[3] Copeland, William E., et al. "Adult psychiatric outcomes of bullying and being bullied by peers in childhood and adolescence." *JAMA Psychiatry*, vol. 70, no. 4, 1 Apr. 2013, p. 419, https://doi.org/10.1001/jamapsychiatry.2013.504.

[4] Copeland, William E., et al. "Adult psychiatric outcomes of bullying and being bullied by peers in childhood and adolescence." *JAMA Psychiatry*, vol. 70, no. 4, 1 Apr. 2013, p. 419, https://doi.org/10.1001/jamapsychiatry.2013.504.

relationships with his first girlfriend, with teachers, and with a coach who constantly advocated for him. Reflecting on that period, Mr. Mansfield said, "I finally felt what it feels like to be loved." That statement reflects a critical turning point. It demonstrates that when Mr. Mansfield finally experienced connection, his internal world began to change.

## Early Online Experiences

Mr. Mansfield had been using internet capable devices for year and had already been looking at pornography. Around age 12, Mr. Mansfield turned to the internet in an attempt to experience something he had been missing, connection. He described using a messenger platform, "KiK," because he "wanted someone to text and talk to… just like everybody else my age was doing." While other children were communicating with peers they knew, Mr. Mansfield was attempting to create that same experience in an online space.

Instead of connection, Mr. Mansfield encountered exploitation. He was manipulated into sending nude images of himself under the belief that he was communicating with peers he trusted. Those images were later circulated throughout his school and even placed in his locker. What began as an attempt to feel normal became another source of humiliation for Mr. Mansfield. This experience fit into a pattern that was already in place. Chronic bullying and isolation had shaped how he understood the world, and it strengthened his belief that vulnerability led to exposure and reaching out led to harm.

Research has shown that loneliness and compulsive online behaviors can become interconnected, reinforcing each other over time and deepening isolation.[5] In Mr. Mansfield 's case, the internet became both a continuation of harm and a space where his coping patterns began to develop more maladaptively. By this point, Mr. Mansfield had experienced repeated humiliation in both in-person and online environments. What remained consistent across both was not just the harm itself, but the way he responded to it; by turning inward, withdrawing, and carrying it alone.

## Baseball and Loss

Baseball had long served as a source of structure and identity in Mr. Mansfield's life. It began as a connection point with his father and evolved into something he deeply relied on when he had been scouted to play college baseball for Dominican College. However, soon after his acceptance, his experience within baseball reflected many of the same patterns he had experienced growing up. Just

[5] YODER, VINCENT CYRUS, et al. "Internet pornography and Loneliness: An association?" *Sexual Addiction & Compulsivity*, vol. 12, no. 1, Jan. 2005, pp. 19–44, https://doi.org/10.1080/10720160590933653.

when he believed things had taken a turn for the better in college, he was benched during his freshman year, became ineligible to play during his sophomore year, and was later overused as a pitcher until he sustained a labrum injury.

Following that injury, he remained on the team but was no longer included by his coaches or teammates. He was told directly by the coach who scouted him, "We don't want you here, we kept you here out of respect." He described going home and crying to his mom after that moment. On senior day, a day which the baseball players are to be celebrated and gifted with tokens of appreciation, Mr. Mansfield was once again humiliated. While other players were given gifts and celebrated, Mr. Mansfield received none of those tokens or sentiments. He was excluded and ignored during a day he was meant to be celebrated and watched others be celebrated. He described this simply: "That broke something inside of me." This was not just about baseball. It was another experience of being excluded, reinforcing a pattern that had existed for years.

**Coping and Control**

Over time, Mr. Mansfield developed maladaptive coping strategies shaped by his experiences. He had been exposed to pornography at the age of nine, and it became something he turned to during periods of stress, boredom, and emotional overwhelm. Research shows that individuals who experience chronic stress are more likely to use such behaviors to regulate emotions or escape distress. These patterns often develop gradually and become more pronounced in the context of isolation.[6]

For Mr. Mansfield, this created a cycle. The more isolated he felt, the more he relied on pornography. Over time, relying on these behaviors left him feeling increasingly disconnected from himself and others. The more he relied on them, the more disconnected he became. This contributed to a growing sense of loss of control.

These behaviors were not simply habits. They became one of the only ways Mr. Mansfield knew how to manage the distress he had spent years internalizing. When he felt overwhelmed, he did not turn to others, he withdrew further. These patterns provided temporary relief, but over time, they deepened his isolation and reinforced a sense that he was disconnected from both himself and the people around him.

**Instant Offense**

---

[6] Müller, Silke M., and Stephanie Antons. "Decision making and executive functions in problematic pornography use." *Frontiers in Psychiatry*, vol. 14, 26 July 2023, https://doi.org/10.3389/fpsyt.2023.1191297.

By the time of the instant offense, Mr. Mansfield's life had become increasingly unstable. The structures that had once provided him with some sense of identity and direction were no longer intact. Baseball, which had long served as a source of purpose and connection, had fallen apart. He and his girlfriend were experiencing difficulties in their relationship. The routine and stability he had relied on were no longer present. What remained was a growing sense of disorganization in his life and within himself.

When describing his mindset during this time, Mr. Mansfield repeatedly returned to the idea of control. He explained, "I had no control over my own life… I just wanted to feel in control of something." At the same time, he described the immediate emotional conflict that followed his actions, stating, "In the moment it felt good and then I instantly felt disgust and shame." These statements reflect an important reality. This was not a situation where there was no awareness of right and wrong. Rather, it reflects a moment in which a longstanding need for control, shaped over years of feeling powerless, became distorted.

Mr. Mansfield was not reacting from a blank slate. At this point in his life, he was carrying years of humiliation, isolation, emotional suppression, and maladaptive coping patterns that had developed under chronic stress. He had learned to internalize pain, to withdraw rather than seek support, and to find temporary relief in ways that ultimately deepened his disconnection. As the few remaining areas of stability in his life began to collapse, that underlying sense of powerlessness intensified. The same themes of powerlessness, isolation, and emotional disconnection that had been present throughout his life remained at this point. However, the structures that had once helped contain them were no longer in place.

The instant offense did not emerge in isolation. It occurred at a point when Mr. Mansfield's sense of self had already been shaken, when his primary source of identity had been lost, and when his longstanding needs to feel some control over his life had become increasingly urgent and distorted. Mr. Mansfield's conduct was reprehensible and inexcusable. He recognizes the need to work on himself through therapy and reconnecting with his family.

## Community Based Re-Entry Plan

Mr. Mansfield has begun to reflect on his experiences in a way he had not previously been able to. He has expressed a clear desire to build a structured and stable future centered on accountability, connection, and consistent mental health treatment. Mr. Mansfield has given careful thought to what he will need to support meaningful and sustainable change.

**Housing:** Mr. Mansfield plans to relocate to Statesville, North Carolina upon release, where he will live with his parents Christine and Mark. This move

represents more than a change in location; it reflects a deliberate effort to place himself in a more stable and supportive environment. Living with family will provide daily structure, accountability, and consistent support. It also places him in closer proximity to individuals who are invested in his well-being and long-term success.

**Mental Health Support:** Mr. Mansfield has expressed a clear commitment to continuing mental health treatment. He has identified the need to work on expressing his emotions, understanding his coping patterns, and strengthening his relationships. Mr. Mansfield plans to engage individual therapy like Cognitive Behavioral Therapy (CBT) and Dialectical Behavioral Therapy (DBT). These will help him develop healthier ways of managing thoughts, emotions, and interpersonal interactions. He is also open to participating in programs that offer wraparound services including therapy, medication management, and structured support. He has also discussed the importance of maintaining a consistent routine through these services. In addition, Mr. Mansfield has shared that reconnecting with his faith has been meaningful during his incarceration.

**Employment and Education:** Mr. Mansfield has developed both short-term and long-term goals related to employment. In the short-term Mr. Mansfield would like to begin working in car washing or detailing, with the goal of building consistency and financial stability. Over time, he hopes to transition into car sales. Mr. Mansfield has also expressed a desire to complete the master's degree he had started in organizational leadership. He is motivated to continue his education while incarcerated and sees this as part of building a more stable and goal-oriented future for himself.

**Structure, Routine, and Identity Development:** Mr. Mansfield has identified that he functions best when his life includes structure and routine. In the past, his behavior improved when he was engaged in school and baseball. Moving forward, he intends to build a daily routine centered around work, treatment, and time with his supports. This structure is intentional. It provides consistency, reduces unstructured time, and reinforces accountability. Research consistently shows that stable housing, family support, access to mental health treatment, and structure routines are among the strongest predictors of successful reentry and reduced recidivism.[7]

***

---

[7] Miller, Niki A., and Lisa M. Najavits. "Creating trauma-informed correctional care: A balance of goals and environment." *European Journal of Psychotraumatology*, vol. 3, no. 1, 30 Mar. 2012, https://doi.org/10.3402/ejpt.v3i0.17246.

Mr. Mansfield's life was not shaped by one decision alone, but by years of experiences that taught him to expect humiliation, to bury pain rather than speak it, and to believe he was somehow less worthy of care than the people around him. None of that excuses the harm in this case. It does, however, help explain how a person can be shaped by years of silent suffering and arrive at a place this painful, this distorted, and this destructive. To focus only on the offense is to see the wreckage without seeing the road that led there. To see the whole of Mr. Mansfield's life is to see a person formed in the shadow of repeated rejection, unaddressed pain, and the profound absence of the stability and belonging every child deserves.

Respectfully,
/s/
Onaiza Sheikh M.S.
Social Work Intern
Federal Defenders of New York, Inc.

/s/
Angel Bosques Jr., MA, LCSW//
Client & Mitigation Services
Federal Defenders of New York, Inc.
Angel_bosques@fd.org