February 26, 2026

Honorable Judge Cathy Siebel
United States District Judge
Southern District Judge

Dear Judge Siebel:

This letter is regarding Carsen Mansfield. My name is Danielle Novak and I am his aunt. Thank you for reading this letter on behalf of my family.

Carsen was born early January, and I remember the night he arrived into this world there was a snowstorm that we drove through to visit him in the hospital. He was an adorable little bundle of new life and in some ways, I will always see him through that lens.

For as long as I can remember Carsen was an old soul and he loved baseball. Sometimes he spoke like a senior and I would chuckle to myself because kids say the funniest things. I did not think about how his peers would view him because of his nature. He didn't always have an easy time with other kids in school and that impacted his confidence and self-esteem, it may always stay with him.

As he got older, he found his confidence and he excelled in baseball. Eventually he spent most of his time traveling, playing, or practicing. Carsen graduated High School during the pandemic and that was not an easy time for their generation, but still he made it through and he did well. He attended prom and always had a steady girlfriend since he was a teenager. He stood in as a prom date for friends if they did not have a boyfriend and he would crash at our house to see the kids and hang out with us a bit, even though he was just a teenager and could have been off having more fun somewhere else. But again, the old soul.

He sponsored my younger son for his Baptism without hesitation. He is his Godfather, as his father is Godfather to my older son. He was only a teenager, but I knew he had a good heart and would only continue to be a positive influence in my sons' lives; their fun cousin that was older, cooler - Mr. Tall and Handsome, the baseball pitcher. They look up to him still; they do not know Carsen is not at college because I want to protect their hearts as long as I can.

Carsen made it through college, despite that initial year that can be jarring away from home, still a pandemic, still playing baseball, and still himself.

When he graduated with his degree, I was so happy for him. I was happy he got to play baseball through school, that he had another steady girlfriend. Then he became involved with first responder work, he became an ENT and a volunteer Fireman. I was so proud of him because it felt like he finally found his calling and I remember thinking he is going to be fine, that he would have a wonderful future because he earned it.

When I heard that Carsen was arrested, I was devastated, I still am. I am crushed to think of my nephew – the boy that I will always see in him, the teenager, my nephew. I am devastated for my brother, his wife and daughter too. That this will follow them their entire lives. Mostly, I am devastated for Carsen that he will miss so much life. Despite every opportunity, he still made bad decisions that will have a lasting impact. I pray that this is not his legacy, my hope is that he will continue to study and help others, to keep up with his prayers and find himself, truly find himself while he is serving his sentence. I fear what a long sentence will do to him, his mental health, I worry about his physical safety. I pray for him all the time.

I do know Carsen has a strong family base; his parents will never abandon him. They will visit him; make sure he has what he needs and help him make it through this harrowing time. They will keep him close to home when he gets out, they will ensure he has a worthy future ahead of him. He is a college graduate, and a first responder, he can help others and I believe he will. Time is fleeting, tomorrow is promised to no one. I hope and pray that during sentencing you too can think of the boy with an old soul, who managed to help take care of other people. His generation of children grow up with too much of the internet in their daily lives, it is pervasive and far too much access to what can be a dark place. I wish he made better choices, but I think he has learned and I believe he has deep remorse for his actions. I know that he would never want to jeopardize his relationship with his girlfriend, family or even his career. But here we are.

I know that as a Judge you take a careful analytical approach at the big picture and I could not ask for anything more than that. I hope you can see the best in my nephew and the good that he can bring to society. He is missing so much life, and I pray that he finds a path forward to have a successful future filled with love, happiness, and a family of his own. I know that he is capable of it, he has it in him. Please consider his future, my nephew with the old soul that loves baseball, that we all love and support.

Thank you for your time and consideration in reviewing my letter.

Respectfully,
Danielle Novak