March 6, 2026

Honorable Judge Cathy Seibel
United States District Judge
Southern District of New York

Dear Judge Seibel:

My name is Frankie Mansfield, and I am Carsen Mansfield's younger sister. I am 20 years old and a Junior at Methodist University, in Fayetteville, NC. I am a part of the women's soccer program here as well as a part of the sports information program.

For 20 years, my brother has been my best friend, my mentor, and my shoulder to lean on. Ever since I was a kid, my brother and I had always been inseparable. We both loved sports and playing outside with grandpa, bickering over which one of us got to ride the lawn mower with him, or who got to pick the tv show. My brother is the biggest part of who I am. We are 4 years apart in age, and up until high school, I was known as Carsen Mansfield's little sister. At the time, it seemed annoying, but now I know what an honor it was to be compared to him. He always gave me reasons to believe in myself and on the occasional chance I got in trouble with my parents, he was the first person to cheer me up. When he left for college, 14 year old me felt like my other half was missing. From staying late at school to watch him play baseball, to watching it through a glitchy livestream. I wanted to be everything my brother was.

Near the end of elementary school, I started to feel a shift in my brother. It wasn't sudden or dramatic. It was quiet. He stopped asking to go outside. He stayed in his room more, either playing video games or just lying there. He wasn't angry or mean, just different. The energy that used to fill every room he walked into seemed to fade. There were still good moments. He patiently taught me how to play FIFA, pretending not to notice when he went easy on me and let me win. I made him endure hours of Monster High games that he never complained about. He was the best example of an older brother. We still laughed sometimes. From the outside, everything probably looked fine. But to me, it felt like I was learning how to live with a quieter version of my brother. My parents tried to protect me from the details. They thought I was too young to understand. But as I grew older, the questions answered themselves, why he left the house at the same time every week for therapy, why mornings revolved around reminders about medication, why certain days felt heavier than others. Over time, things improved. He slowly stepped back into himself. But even with progress, something had changed in both of us. We weren't just the two carefree kids who laughed until we

couldn't breathe anymore. We had grown up in ways neither of us had expected to, carrying this deep understanding of how quickly things can shift.

As time went on, my brother began keeping mostly to himself. He spent hours in his room or went out and came back long after dark. I missed the way things used to be, but little by little our lives started moving in different directions. Looking back now, I see him for what he was. He was a young, hurting teenager trying to figure himself out. He made mistakes. He fell in with the wrong people. But he also grew, and he learned. When you're that young and carrying that much pain, it's hard to understand the weight of your choices or where they might lead. You're just trying to survive the moment.
College became a turning point for him. It was a new environment, a fresh start. I watched him fall in love, not just with someone else, but with life again. He laughed more. He showed up more. The person I missed so much had finally come back. And somewhere in all of that, I got my brother back. The space that had grown between us didn't just disappear, it filled. It overflowed with the same closeness we had as kids, the kind built on our shared jokes, late-night talks, and the same understanding that we had made it through something hard together.

I can speak directly on how this impacts my family because they are my family. I have two grandparents, both in their 70s, who on a random morning experienced the worst day of their lives. They were brutally awakened and taken from their home by people in uniforms banging on the doors, only to watch their house be completely torn apart as they stood there helpless. They both struggle with health issues, and my brother was their primary caretaker. Now my grandparents live alone in a house that feels haunted by his absence. No one is there to help with meals or cleaning. No one is there to fill the silence he left behind.

As for my parents, who I live with when I am not at school, this has changed them in the most noticeable ways. My mom lives with constant anxiety, and most of the time it feels like she is not fully present anymore. I know she tries her best to make me feel special, but it's obvious her heart and mind are always occupied by something bigger, like my brother's situation. She hides her pain well, but more than anything, I want the happiness she once had back.

My dad tries to stay as busy as possible. He wears a mask around my mom and me, and I'm sure he wears it at the office too. I know he is angry. He has a tendency to blame himself, like if he had just watched my brother more closely or done one small thing differently, maybe we wouldn't be here. He doesn't understand that he could have gone to the ends of the earth to protect him, and it still might not have changed anything. You can't save someone who was hurting as deeply as my brother once was.

As for me, my life is different in small but almost incomprehensible ways. I hate when my phone rings at night because I am instantly overcome with fear. I remember the morning I woke up to my ringtone and the news about my brother. That moment changed me. It's different when I want to call him after a hard practice or a breakup and realize he is no longer just a call away. There are no more pep-talks before a big game, or pick me ups after a hard loss. It's different when I go to send him a random video and remember he can't watch it like he used to. It's different when someone asks if I have siblings and instead of talking about how my brother is my best friend, I have to choke back a painful truth.

Our relationship with Carsen is scheduled now. It's waiting for the next time the phone will ring so we can hear his voice. It's calling my grandparents and listening to them cry because they don't know if they will live to see him again. It's the prayers we say at night, hoping this nightmare will end. It's a heavy stain on our lives that everyone pretends is manageable, even though no one wants to talk about the weight of it. It's loving someone so much and, some days, feeling like they are a stranger.
My brother is a good man. He has always had big plans for the future. Plans that include a hypothetical six children, multiple dogs, and a house filled with noise and chaos. He was an athlete with a promising, sometimes heartbreaking career. He is a boyfriend to a wonderful, patient girl. A son, grandson, and brother to a loving family.

Above all though, he is my role model. He hasn't always had everything figured out, but his hurt made him want to help people. I watched him develop a deep passion for serving as a volunteer firefighter and EMS. I watched the community he served rally around him, because he truly has one of the biggest hearts of anyone I know. He wants to get married and live that white-picket fence dream with the love of his life. He wants to serve his people in faith. He wants to finish school and step fully into the future he started building for himself. When he got his job at Citi Field, I saw something shift in him, his priorities aligning, his confidence growing, like he had finally found a purpose bigger than himself. Carsen knows what he did was wrong, and he refuses to let one mistake define the rest of his life. If anything, it has made him more determined to become better. I can only hope that one day I am half the person my brother is.

Sincerely,

Frankie Eleanor Mansfield