March 9, 2026

Honorable Judge Cathy Seibel

United States District Judge

Southern District of New York

Dear Judge Seibel,

My name is Justine O'Connor, and I am writing this letter to you on behalf of Carsen Mansfield. I have had the greatest pleasure of being Carsen's girlfriend for the last 4 years. Carsen is the one person I can always count on for anything. When he loves you, he loves you deeply and with everything he has. I used to struggle with what it felt like to be appreciated and loved in the way I should have been, and when I met Carsen, he showed me what all of that was truly like. Carsen and I went to college together, which meant that we were lucky enough to be able to spend every day together. That allowed me to really get to know him over the last 4 years, and I could not be prouder of the person he has grown to be.

During this time, Carsen was able to maintain a GPA high enough to be on the college baseball team, become a volunteer firefighter at 2 different fire departments, join our local EMS as a volunteer EMT, graduate college, and even begin his master's degree while working as a graduate assistant for the university. He did all this while being the son who called his parents every day and would drive 2 hours roundtrip every week just to have dinner with them, the brother who never failed to show up and support his sister at every soccer game she had, the grandson who spent every free minute he had helping his grandparents with anything that they needed or asked of him, and the boyfriend who pushed me to be the person I am today. When I think of Carsen, the words that come to mind are determined, passionate, kind, helpful, and supportive. He puts the needs of others before his own. There have been times where I have gotten phone calls from Carsen apologizing because he is running late and he tells me it's because he has pulled over to help someone who has been in a car accident or who may have fainted in a public space that he was in. Not many people would stop everything they are doing to help those in need, but Carsen Mansfield will always be the person who stops and helps.

Carsen pushing me to become a better person is a daily occurrence but one specific memory always comes to mind when I think about it. It was my freshman year of college back in 2022 and Carsen was able to see that I was struggling to make friends with those around me. I had a roommate, but she and I were never that close. When the summer before my sophomore year came around there was a bowling team that was being started at our school and without hesitation Carsen told me that this would be perfect for me. I enjoyed bowling for fun and he saw it as a great opportunity for me to make friends and travel. I was hesitant at first, I mean joining a team sport I had very little experience with, new people who might have already known each other, it all sounded very daunting to me as the introvert I am, but Carsen was there to help and

support me every step of the way. He would help me email back and forth with the coach and even take me to practice on days we did not have team practice. He wants to see me succeed in everything that I do, as do I for him, and I could not be more grateful for that. Because he encouraged me to step outside of my comfort zone and join the team, I have made friendships that will last a lifetime and have gotten to travel to new places. He was a constant presence at our tournaments and never failed to show his support. He is the ultimate bowling boyfriend.

As I spent the last 4 years of my life getting to know Carsen better, he has shared with me some of the toughest times in his life. Carsen spent many school years being bullied day after day after he changed schools. He would keep his head held high but would come home and tell his parents about the struggles he was facing at school.

Since being incarcerated, I have seen Carsen already work on becoming a better person. He has been researching programs that he can complete and ways to finish his master's degree. While being incarcerated, Carsen has also been helpful to those around him. Whether someone needs advice, something to eat, or even just a friend, they turn to Carsen because even in the short amount of time that they have known him they feel like they can count on him.

This case has been very difficult for his loved ones as well. We are doing everything we can to give him even half of the amount of all of the support he has given us. I feel sad every day that this is the situation that we are in, but I am doing everything in my power to show Carsen the support and love that he deserves. I can acknowledge that Carsen has made mistakes, but I am also aware of the deep remorse he feels for those mistakes. I believe that with proper guidance and endless support from those around him that he can overcome anything and truly turn his life around. Once Carsen's sentence is completed, he has plans to work as much as he can whether that is going back to EMS, firefighting, or even starting his own business within his community. He is the hardest working person that I know so I have every bit of confidence in him that he will be able to return to everyday life with a job that he loves and will work his hardest to succeed at. Carsen plans to live with his parents and myself in North Carolina after he is released. I plan on moving to North Carolina within the next 6 months so that I can also move in with his parents, and we will all be able to wait for Carsen to complete his sentence together. As his girlfriend, I am committed to standing by him and supporting him in every way I can. I understand how much of an adjustment it can be to return to everyday life after a situation like this. If he needs help finding employment, getting to and from appointments, creating a stable routine, or simply having someone to talk to on difficult days, I will be there for him. My goal is to be a positive influence in his life and to encourage him to make good choices, stay focused, and continue growing. I truly believe that with structure, accountability, and strong family support, he will be able to successfully transition back into the community and build a better future for himself.

I respectfully ask that you consider the full picture of who Carsen is, not only the mistakes he has made, but the character, compassion, and dedication he has consistently shown throughout his

life. He is not defined by this chapter alone. I truly believe he has the strength, support system, and determination to learn from this and move forward in a positive direction.

Thank you for taking the time to read my letter and for considering my perspective.

Sincerely,
Justine O'Connor