February 23, 2026

Honorable Judge Cathy Seibel

United States District Judge

Southern District of New York

Dear Judge Seibel,

My name is Paul Muttillo, and I am writing to you on behalf of my nephew, Carsen Mansfield. I am Carsen's uncle — his father and I reconnected in 2020 during the COVID pandemic after I was given up for adoption at birth and later found my biological family through an ancestry search. Carsen was part of that reunion, and from the moment we met, a genuine and meaningful relationship developed between us. I want to share with you the young man I have come to know.

I spent over 17 years as a high school coach, working with young people at some of the most formative and challenging points in their lives. I have a deep understanding of character, work ethic, and potential. I now work as a vehicle transporter for Hertz and as an Usher and Guest Services representative at Citi Field — and it was at Citi Field this past year where I had the privilege of working alongside Carsen. He joined me there as an EMT, and from day one, he stood out.

I want to tell you about the very first day Carsen and I arrived at Citi Field together. We came off the 7 train, and before he had even clocked in for his first shift, we walked past a man who was visibly intoxicated and in distress. Without hesitation, Carsen stopped. He did not look the other way, he did not keep walking because it wasn't his job yet — he stopped and helped. That moment told me everything I needed to know. Carsen is not someone who looks for an easy way out. He is the kind of person who runs toward people who need help. His work as an EMT at Citi Field was superb. He was professional, he took his responsibilities seriously, and he was a huge hit with everyone around him. He earned that reputation on the very first day.

Beyond work, Carsen has always been a presence in my life that I did not expect to treasure as much as I do. Every morning, without fail, he would call me before 10 AM just to get under my skin — usually with some completely random trivia question. I will be honest: at first, I was not thrilled about it. But I miss those calls more than I can put into words. They were a reminder that he was thinking of me, that our relationship mattered to him, and that even something small like a morning phone call was his way of staying connected. We also carpooled to and from work regularly. Those rides, those conversations — they are part of my daily life that are now gone, and I feel their absence deeply.

I also want to share something about who Carsen has always been as a person. He was an excellent athlete growing up, but he was never a fighter. He was never the aggressor. If anything, Carsen was the protector — the kind of person who stands up for others, not out of ego, but out

of genuine care. He experienced his share of being bullied at times, and rather than let that harden him into someone bitter or reactive, it made him more empathetic. He knows what it feels like to be vulnerable, and that awareness has shaped the compassionate, steady young man he has become.

His arrest has weighed heavily on everyone who loves him. I visit Carsen every Monday at the jail. Seeing him there is difficult. He is remorseful — deeply and genuinely so. He understands that he made serious mistakes, and he does not minimize what happened. What I see when I visit him is not someone who is defeated, but someone who is thinking hard about the kind of person he wants to be and the kind of life he wants to build. That gives me real hope.

Carsen and I have already talked about what he wants to do when this chapter of his life is behind him. He has spoken seriously about advocacy — about reaching out to young people, to school-age children, and sharing his story so that others do not make the same mistakes. He wants to talk to young people about respect, about the consequences of certain choices, and about how to protect others' privacy and dignity. That is not something I encouraged him to say. That is something he came to on his own, and it speaks volumes about the growth he has already undergone through this experience.

I will be there for Carsen when he gets out — emotionally, practically, and in any way he needs. I intend to support his goals, help him find his footing, and continue building the family relationship that we only just discovered a few years ago. He has people who love him and believe in him. I am proud to be one of them.

Your Honor, I ask you to see Carsen Mansfield as I know him — a young man of genuine character, deep remorse, and real potential for a meaningful life. He has made mistakes, but those mistakes do not define who he is. The man I know stops on the way to work to help a stranger. He calls his uncle every morning just to connect. He shows up, he works hard, and he cares about the people around him. I believe in him completely, and I hope you will take this letter into consideration when determining his future.

Thank you for your time and consideration.

Respectfully,

Paul Muttillo