**Alexis Langelotti**
[redacted]

**March 13, 2026**

**Honorable Judge Cathy Seibel**
**United States District Judge**
**Southern District of New York**

**Re: Character Reference for Carsen Mansfield, Case No. 7:26-cr-00016**

**Dear Judge Seibel:**
I am writing this letter on behalf of Carsen Mansfield, whom I have known for four years. To provide some context, I first met Carsen through his uncle, Paul, with whom I have shared a 25-year history, first as a player/coach relationship, then as a manager (me)/employee (Paul) and finally years later as significant others. Paul was adopted and a few years ago connected with his birth family. After some research, Paul found his brother Mark (Carsen's Dad) and his wife Christine (Carsen's Mom) and their children, Carsen and Frankie (Carsen's sister). Almost instantly, Paul found a piece of himself that he didn't even know was missing. Carsen and his family welcomed Paul with open arms. Watching their bond grow has been remarkable; Carsen and Paul are now inseparable, speaking daily and working together at Citi Field where Paul serves as an usher and Carsen, as an EMT. They even commute to work together.

I am fully aware of the charges against Carsen and respect the court's process. However, I would like to share my perspective on the young man I have come to know and care about.

Carsen is a person of genuine character and tireless work ethic. He is deeply devoted to his family, particularly his younger cousins, Mila and Ayvree. He and his girlfriend, Justine, regularly dedicate their time to taking the girls ice skating in Secaucus or to Dave & Buster's. He isn't just a relative; he is a consistent, positive presence in their lives —someone they truly look up to.

His commitment to others extends into his professional life as an EMT with Nanuet Emergency Medical Services and a volunteer firefighter in Newburgh and previously, North Caldwell. These roles require a selflessness that Carsen embodies naturally, often prioritizing the safety of the community above his own. Perhaps most telling is Carsen's quiet resilience. He is the type of person who takes care of everyone else but never asks for help himself. I recall a time two years ago when he was in the ER with a serious ulcer; despite being in significant pain, he remained incredibly patient and calm, even as his mother and I grew frustrated with the wait. He has a level of maturity and stoicism that is rare for someone his age.

Carsen understands he made a mistake and I believe he will never make a mistake like this again. A lengthy sentence would not only impact Carsen, but also his family as his grandparents are getting older, and would also deprive our community of a dedicated and skilled volunteer – which every community is in need of. I believe this current situation is uncharacteristic of the young man I know.

Carsen understands the gravity of his actions. I truly believe this situation is entirely uncharacteristic of the man I know, and I am confident he will not repeat such a mistake. I know this might seem strange given the nature of his crime, but Carsen really is the guy I would want my friend or sister to date. A lengthy sentence would not only deeply impact his family—including his aging grandparents who rely on his presence—but would also deprive our community of a dedicated and skilled first responder

Carsen's entire family is committed to supporting his rehabilitation and ensuring he remains a productive, contributing member of society. Thank you for your time and for considering this information during sentencing.

**Respectfully,**

Alexis Langelotti

**Alexis Langelotti**