**Adam Schanuffer & Candice DeVos**
[redacted]

February 27, 2026

The Honorable Judge Cathy Seibel
United States District Judge
Southern District of New York

**Re: United States v. Carsen Mansfield**

Dear Judge Seibel,

We respectfully write on behalf of our nephew, Carsen Mansfield, as the Court considers sentencing in this matter.

We fully recognize the seriousness of these proceedings and the responsibility that comes with them. We do not seek to minimize the conduct before the Court. Rather, we hope to share the character and history of the young man we have known his entire life.

Carsen has consistently demonstrated discipline, dedication, and a commitment to serving others. He was enrolled in his Master's program at Dominican University while competing as a collegiate baseball player — balancing the demands of graduate academics and athletics with determination and focus. He also chose to serve as both an EMT and firefighter, stepping into roles that require courage, accountability, and compassion. He has responded to emergencies and cared for individuals in their most vulnerable moments, reflecting a genuine desire to help others.

This matter is not representative of the life Carsen has otherwise led. He has no prior history of trouble and was raised in a close-knit family grounded in integrity and responsibility. He is deeply family-oriented and has been especially devoted to his grandparents, assisting with their care and consistently showing up for them with patience and respect.

We have seen the profound impact this experience has had on him. He understands the gravity of his actions and the consequences they carry. We believe he is capable of meaningful growth and redemption. With the strong support of his family and proper structure, we are confident he will continue to mature, rebuild trust, and return to being a productive and service-oriented member of the community.

Carsen is not defined solely by this mistake. He is a graduate student, an athlete, a first responder, and a young man with significant potential to contribute positively to society. We respectfully ask the Court to consider his character, his history of service, his lack of prior record, and his sincere capacity for rehabilitation when determining a fair and compassionate sentence.

Thank you for your time and thoughtful consideration.

Respectfully submitted,

Adam Schnauffer & Candice DeVos