# RYAN J. O'GORMAN

[redacted] | PHONE [redacted] | EMAIL
[redacted]

Honorable Judge Cathy Seibel
United States District Judge
Southern District of New York

Dear Judge Seibel,

My name is Ryan O'Gorman, and I am writing this letter in support of Carsen Mansfield. I had the opportunity to work closely with Carsen when he served as a Graduate Assistant in my office at Dominican University New York. During that time, I supervised his work and observed firsthand his dedication, professionalism, and genuine concern for the success and well-being of the students he served.

One of Carsen's primary responsibilities was working with students who had been placed on Academic Probation. These students often arrive discouraged, overwhelmed, and uncertain about their future in college. Carsen approached this role with remarkable empathy and patience. Rather than simply completing administrative tasks, he made a genuine effort to connect with the students. He spent time listening to their challenges, helping them develop realistic academic plans, and encouraging them to believe that they could succeed.

I witnessed several situations where students who initially struggled academically began to regain confidence because of Carsen's support. Many of the students he worked with improved their academic standing and were eventually able to come off Academic Probation. What stood out most to me was the respect those students had for him. They trusted him because they felt that he truly cared about their success. For many of them, Carsen was not just a staff member in an office but someone who believed in them when they were doubting themselves.

Carsen consistently demonstrated maturity, responsibility, and a strong sense of accountability in his work. The position required him to interact with students who were often under significant stress, and he handled those situations with professionalism and compassion. These qualities made him a valued member of our team and someone whom students felt comfortable approaching for help.

I am aware that Carsen has made mistakes, and I know that he deeply regrets the circumstances that have brought him before the court. The Carsen I came to know through our work together is someone who genuinely wants to do the right thing and make a positive difference in the lives of others. His work with struggling students showed his ability to guide others through difficult moments and encourage them to move forward in a better direction.

Carsen has expressed a sincere commitment to improving his future. One of his goals is to complete his master's degree in Organizational Leadership for which he started his , a path that reflects the leadership potential and dedication to helping others that I observed while working with him. I believe that continuing his education will allow him to build upon his strengths and use his experiences to positively influence and support others.

I firmly believe that Carsen has the capacity to learn from this experience and continue to grow. With the right guidance and support, I believe he will continue to contribute positively to the lives of others, just as he did with the students he worked with in my office.

Thank you for taking the time to consider my perspective. I hope my experience working with Carsen helps provide some insight into the kind of person he is beyond this situation.

Respectfully,

Ryan O'Gorman

Ryan O’Gorman