Stephanie Chartock
[redacted]

March 9, 2026

Honorable Judge Cathy Seibel
United States District Judge
Southern District of New York

**Re: Character Reference for Carsen Mansfield**

Dear Judge Seibel,

My name is Stephanie Chartock, and I respectfully submit this letter in support of Carsen Mansfield. I have known Carsen for approximately two years through our work at Citi Field. During that time, I worked with Aramark providing IT services that support stadium operations, while Carsen served as an Emergency Medical Technician (EMT). Working in the same professional environment allowed me to observe his work ethic, professionalism, and the way he treated others.

Working at a large venue such as Citi Field requires individuals who can remain calm under pressure and prioritize the safety and well-being of thousands of guests and staff. In his role as an EMT, Carsen was responsible for responding to medical emergencies throughout the stadium. I recall one particular game day when a guest in the seating area appeared to be experiencing a medical emergency. The situation quickly drew attention from surrounding fans and staff, creating a stressful environment. Carsen responded immediately and calmly, assessing the individual while reassuring the guest and those nearby. He remained composed while coordinating with other medical personnel and ensuring the person received the assistance they needed. What stood out most to me was not only his professionalism, but the compassion he showed toward the guest and their family members, taking the time to help them remain calm during what was clearly a frightening moment.

In addition to my work at Citi Field, I work for the New York City Department of Education in an information technology role supporting faculty, parents, and students. I have served in this role for over a year. Part of my work includes educating students in grades 6 through 12 about the responsible use of technology, including helping them understand that there is no true privacy when using digital platforms and that their

choices online can have real-world consequences. Through this work, I regularly speak with students about accountability, responsibility, and making thoughtful decisions. From my experience in this role, I believe strongly that individuals are capable of learning from their mistakes and growing from difficult experiences.

I understand and respect the seriousness of the situation that brought Carsen before the Court. At the same time, I believe people are capable of reflection, growth, and positive change. From what I know of Carsen, I believe he feels genuine remorse and has the ability to move forward in a constructive direction. With the support of his family, friends, and professional community, I believe he will have the structure and encouragement necessary to rebuild his life responsibly and contribute positively to society. Based on the person I have come to know in a professional setting, I am confident that Carsen is capable of learning from this experience and becoming a responsible and contributing member of the community.

Thank you for taking the time to consider my perspective. I respectfully ask that you take this letter into account when considering Carsen Mansfield's character.

Respectfully,

Stephanie Chartock