Ronald L. Colandrea & Kathleen Colandrea
[redacted]
March 10, 2026

The Honorable Cathy Seibel
United States District Judge
Southern District of New York

Dear Judge Seibel:

We are writing to respectfully provide a character reference for Carsen Mansfield. We have known him for approximately five years as a family friend.

**From Ronald Colandrea:**
I am a retired, 76-year-old former owner of a well-respected transportation company and have lived in the Newburgh, New York area my entire life. I still have business interests in the area.

**From Kathleen Colandrea:**
I am a 72-year-old retired Registered Nurse. I served the community and New York City hospitals for over 40 years. I worked in many fields including staff nurse, nursing manager, nursing administrator, and running nephrology dialysis centers.

I have had numerous conversations with Carsen about the medical field. I find Carsen to be a mature, compassionate, kind, and knowledgeable person. Carsen's presence always gave me confidence if there was a medical emergency. He is always ready to assist others, especially the elderly. I would proudly write a referral for employment in the community.

During the time we have known Carsen, we have come to know him as a person of integrity, kindness, and responsibility. He has always treated others with respect and has shown a strong commitment to family, work, and community.

While we understand the seriousness of the matter currently before the Court, we believe this situation does not fully reflect the true character of Carsen. In our experience, he has been dependable, thoughtful, and willing to help others when needed.

We respectfully ask the Court to consider our perspective on Carsen as a person when making any decisions in this matter. We firmly believe that he is capable of learning from this experience and continuing to be a positive and productive member of the community. We would not hesitate to trust Carsen with the safety and well-being of our own family.

Thank you for taking the time to consider our letter.

Respectfully,

Ronald L. Colandrea
Kathleen Colandrea