Timothy Becht
[redacted]

March 10, 2026

Honorable Judge Cathy Seibel
United States District Judge
Southern District of New York

Dear Judge Seibel,

My name is Timothy Becht and I am a friend of Carsen Mansfield. I first met Carsen three years ago while working at Citifield. I am a Guest Service Supervisor and would often interact with Carsen in his role as an EMT assigned to the stadium's First Aid Staff. I was impressed with his maturity and empathy for each guest that would require his assistance. Whether it was someone who was injured or intoxicated, he always displayed maturity and professionalism. I later learned that he was the nephew of one of my ushers who I had developed a friendship with. It was due to this connection that I truly got to know Carsen. He is a smart and kind person, with a great sense of humor. During our time together working Mets games or concerts, no matter how hot it was or how cold, Carsen still had the same positive demeanor when administering aid to the guests. On a personal level, my son was injured after being struck by a car and Carsen would often ask me how he was feeling and progressing. Those inquiries were just another example of the kindness and caring personality of Carsen.

When I heard about Carsen getting arrested, from his Uncle, I was shocked. I wasn't aware of the charges against him, I was shocked he would be arrested for anything because he has such a kind heart. The connection between Carsen, his Uncle Paul and several other co-workers is strong. In fact Paul organized a gathering for him a week before he was scheduled to go to prison. I was aware of him being arrested but the others did not. It was a very somber day. I had come to care for Carsen, not just as a friend, but as my nephew as well.

Upon hearing the circumstances of why he was being sent to prison, I was in disbelief. Paul had asked me to write a letter on Carsen's behalf. Initially I said no. I reacted to the crime. I served as a member of the New York City Police Department as a Police Officer and Sergeant for over 23 years. During my career I arrested dozens of individuals, responded to a myriad of jobs and also served as my command's Domestic Violence Officer. I felt me submitting a letter went against everything I stood for. Until I later heard from Carsen's mother, Christine. She told me she understood my decision. For the next few days I thought about my decision, about Carsen, and his family. Carsen made a very poor decision. But I realized the error in judgement wasn't the Carsen I knew and cared about.

While serving as a member of the NYPD I encountered many individuals who made bad decisions, but that doesn't make them bad people. Carsen is very aware that what he did was wrong and is remorseful. I know he looks forward to returning back to society and being a positive force. He wants to speak to teens and young adults about his experience and the impact of one's behavior. Carsen chose to be an EMT to help people however he could. He is a good young man. I have no doubt he will take this experience and become a better person and do what he can to make the world a better place.

Respectfully,

Timothy Becht