Honorable Judge Cathy Seibel
United States District Judge
Southern District of New York
Dear Judge Seibel:

I am writing this letter in support of Carsen. I have had the opportunity to work with Carsen at Citi Field, and through that experience I have come to know him as a respectful, dependable, and hardworking person. Working in a fast-paced environment like Citi Field requires teamwork, patience, and the ability to handle difficult situations with the public. From what I have observed, Carsen consistently shows these qualities. He treats people with respect, works well with coworkers, and takes his responsibilities seriously. I also personally experienced his character during a situation where a fan was harassing me at work. Carsen stepped in and helped handle the situation, making sure I was safe and that the situation did not escalate. I appreciated that he looked out for me and handled it calmly and respectfully. That moment showed me that he is someone who cares about the well-being of others and is willing to step in when someone needs help. Based on my experience working with him, I believe Carsen is a good person who tries to do the right thing. I believe he has strong character and the ability to learn and grow from difficult situations.

Thank you for taking the time to read my letter and consider my perspective.
Kaur Puneet