# Exhibit O
# (Under Seal)